UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIRECTORS GUILD OF AMERICA, INC.,

                    Plaintiff,

         -v-

FOX TELEVISION STATIONS, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

**ORDER**

26-CV-2442 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Parties are directed to file a joint letter, no later than **June 16, 2026**, stating whether there is any need for discovery or a case management conference in this case.  If there is no such need, the Parties should include in the letter a proposed briefing schedule for any motions.

**SO ORDERED.**

Dated: June 2, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge