UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIRECTORS GUILD OF AMERICA, INC.,

Plaintiff,

-v-

FOX TELEVISION STATIONS, INC.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2026_
```

**ORDER**

26-CV-2442 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' letter proposing a schedule.  ECF No. 14.
The requested schedule is **GRANTED**.  The Court shall treat the Petition and
accompanying attachments, ECF No. 5, as a motion to confirm the award.
Respondent shall file its response by **July 17, 2026**.  Petitioner shall file any reply
by **August 7, 2026**.

**SO ORDERED.**

Dated: June 17, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1