UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC.,<br><br>*Petitioner,*<br><br>- v. -<br><br>FOX TELEVISION STATIONS, INC.,<br><br>*Respondent.* | Case No. 1:26-cv-02442 |

**CONSENT JUDGMENT**

**WHEREAS**, Plaintiff Directors Guild of America, Inc. ("DGA") petitioned this Court on March 25, 2026 to confirm a December 19, 2025 arbitration award ("Award") against Fox Television Stations, Inc. *a/k/a* Fox Television Stations, LLC ("Fox"), under the parties' collective bargaining agreement ("CBA") governing terms and conditions of employment of the Directors, Associate Directors and Stage Managers employed at Fox's WNYW and WWOR, pursuant to Section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185(a);

**WHEREAS**, Fox responded to the Petition on June 1, 2026;

**WHEREAS**, the DGA and Fox agree that, to minimize further legal fees and costs and additional expenses that would necessarily be incurred in continued litigation, it is in the best interests of all parties to enter this Consent Judgment without further litigation;

**WHEREAS**, Fox consents to having judgment entered against it, enforcing the underlying Award against it and in favor of DGA with respect to the issue identified in the Award;

**WHEREAS**, upon consideration of the record herein, and as agreed to by the DGA and Fox, the Court finds that it has jurisdiction to enter this Consent Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court confirms in its entirety the December 19, 2025 Award issued by Arbitrator David J. Reilly, Esq. in AAA Case No. 01-24-0008-9883 (DGA/Fox) in favor of the DGA [Docket No. 1-5].
2. This Consent Judgment shall ensure the benefit of the Award to DGA and be binding upon Fox Television Stations, Inc. and Fox Television Stations, LLC.
3. The Court shall retain jurisdiction over this action for the purpose of enforcing this Consent Judgment.

FOX TELEVISION STATIONS, INC. *a/k/a*
FOX TELEVISION STATIONS, LLC

Leni Battaglia
Leni Battaglia
Counsel for Respondent

Date 7/16/2026

DIRECTORS GUILD OF AMERICA, INC.

Evan Hudson-Plush
Evan Hudson-Plush
Counsel for Petitioner

Date 7/15/26

**SO ORDERED.**

Dated: July 17, 2026
New York, NY

Vernon Broderick
JUDGE VERNON S. BRODERICK